## AFFIDAVIT IN SUPPORT OR A CRIMINAL COMPLAINT

I, Special Agent José L. Rosario, Federal Bureau of Investigation (FBI), San Juan Division, being duly sworn, hereby depose and state that:

## BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, <u>United States Code</u>, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent (SA) of the FBI and have been employed as such since March 5, 2017. I am currently assigned to the San Juan (SJ) Division with the Safe Streets Task Force (CE-4). Our investigations focus on street gangs and criminal organizations operating in Puerto Rico; crimes commonly encountered include narcotics distribution, firearms offenses, extortion, homicide, etc. My duties include handling informants, cooperating defendants, intelligence analysis, surveillance and arrest operations, source payments, multi-agency case coordination/de-confliction/liaison, conducting interviews and interrogations.

3. Before being assigned to the field, I completed 21 weeks of New Agent Training (NAT) in Quantico, Virginia. The NAT program offered instruction through classroom settings and practical exercises, covering various aspects of federal investigations, including counterterrorism/national security, white-collar crime, fraud, and drug/violent crime investigations. The NAT curriculum encompassed in-depth instruction on fundamental investigative techniques and management skills, legal implications of the Fourth Amendment, drafting affidavits, establishing probable cause, countering domestic and international criminal enterprises, recognizing and addressing cyber threats and vulnerabilities, handling Confidential Human Sources (CHS), evidence collection and

handling, working with classified intelligence and methods, basic intelligence analysis, and an introduction to advanced investigative techniques such as pen registers, undercover operations, and Title III wire intercepts.

4. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

5. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Giovani Rodríguez-Rivera violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)- Possession with intent to distribute detectable amounts of heroine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with intent to distribute detectable amounts of cocaine, and 18 U.S.C. § 924(c)(1)(A)(i) –Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Therefore, I have not included all the facts of this investigation.

## INVESTIGATION

6. On February 26, 2025, at approximately 7:00 A.M., agents of the Puerto Rico Police Bureau (PRPB), Drogas Caguas Unit, were conducting a police operation in the Praxedes Santiago Public Housing Project in Cidra, PR. While moving between buildings eight and nine, PRPB agents observed an unknown male, later identified as Giovani Rodríguez-Rivera, standing next to a Mitsubishi vehicle in the parking lot. Rodríguez-Rivera was carrying a clear

bag containing, what appeared to be a controlled substance and a radio scanner, based on the agents' knowledge and experience in such cases.

7. Agents detained Rodríguez-Rivera and conducted a protective frisk of his person. On Rodríguez-Rivera waistband, a PRPB agent found a Glock pistol, model 23, with the receiver serial number obviated, with a slider serial number on AANN847. The pistol was loaded with one round of ammunition in the chamber and 13 rounds of ammunition in the magazine. In the front pocket of Rodríguez-Rivera's pants, agents found one unloaded pistol magazine with extended capacity and 74 rounds of 9mm caliber ammunition, along with four additional rounds of .40 caliber ammunition. In the other pocket, agents seized $94.00. Also, an Apple iPhone was found on RODRIGUEZ RIVERA's person.



8. Inside de plastic bag Rodríguez-Rivera was carrying they found:

- Five clear baggies containing a white powdery substance, field tested positive for the properties of cocaine.

- Seven green baggies containing a white powdery substance, field tested positive for the properties of cocaine.

- 48 clear baggies containing a white powdery substance packaged in foil paper, field tested positive for the properties of heroin.

- 25 plastic vails containing a white powdery substance, field tested positive for the properties of cocaine.

- Two clear baggies containing a green leafy substance, field tested positive for the properties of marijuana.

- One plastic container containing a green leafy substance, field tested positive for the properties of marijuana.

- One multicolored bag containing a green leafy substance, field tested positive for the properties of marijuana.



## CONCLUSION

9. Based upon my training, experience, and facts concerning this investigation, I believe there is sufficient probable cause to show that there is evidence that that Giovani Rodríguez-Rivera violated 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)- Possession with intent to distribute detectable amounts of heroine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) – Possession with intent to distribute detectable amounts of cocaine, and 18 U.S.C. § 924(c)(1)(A)(i) –Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

10. The information contained in this Affidavit is known to be true and correct to best of my knowledge and information received through the course of this investigation and information provided by other agents.

Subscribed and sworn before me pursuant to FRCP 4.1 at 5:08 p.m. by telephone, this 26th day of February 26, 2025.

JOSE ROSARIO
Digitally signed by JOSE ROSARIO
Date: 2025.02.26 15:52:47 -04'00'

**José L. Rosario**
Special Agent
Federal Bureau of Investigation

Digitally signed by Hon. Giselle López-Soler

**HONORABLE GISELLE LÓPEZ SOLER**
**UNITED STATES MAGISTRATE JUDGE**