IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GIOVANNI RORIGUEZ-RIVERA,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 25-111 (SCC)<br><br>VIOLATIONS:<br>21 U.S.C. §§ 841(a)(1) & (b)(1)(C)<br>21 U.S.C. §§ 841(a)(1) & (b)(1)(C)<br>21 U.S.C. §§ 841(a)(1) & (b)(1)(D)<br>18 U.S.C. § 924(c)(1)(A)(i)<br><br>FORFEITURE<br>18 U.S.C. §924(d)<br>28 U.S.C. §2461(c)<br>21 U.S.C. § 853(a)(1) and (2)<br><br>FOUR COUNTS |

THE GRAND JURY CHARGES:

COUNT ONE
Possession with Intent to Distribute heroine
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

On or about February 26, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

GIOVANNI RORIGUEZ-RIVERA,

did knowingly and intentionally, possess with intent to distribute detectable amounts of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1) and

(b)(1)(C).

## COUNT TWO
### Possession with Intent to Distribute Cocaine
### 21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

On or about February 26, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**GIOVANNI RORIGUEZ-RIVERA,**

did knowingly and intentionally, possess with intent to distribute detectable amounts of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
### Possession with Intent to Distribute Marihuana
### 21 U.S.C. § 841(a)(1) and (b)(1)(D)

On or about February 26, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**GIOVANNI RORIGUEZ-RIVERA,**

did knowingly and intentionally, possess with intent to distribute detectable amounts of a mixture and substance containing a detectable amount of marihuana, a Schedule I Drug Controlled Substance. All in violation of Title 21, *United Sates Code*, § 841(a)(1) and (b)(1)(D).

## COUNT FOUR

**Possession of a Firearm in furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)(1)(A)**

On or about February 26, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

### GIOVANNI RORIGUEZ-RIVERA,

did knowingly possess, a firearm, that is Glock pistol, model 23, with the receiver serial number obviated, with a slider serial number on AANN847, loaded with one round of ammunition in the chamber and 13 rounds of ammunition in the magazine, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the possession with intent to distribute controlled substances as charged in Counts One through Three of this Indictment, pursuant to Title 21, *United States Code*, Section 841(a)(1). All in violation of Title 18, *United States Code*, Section 924(c)(1)(A).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
**18 U.S.C. §924(d) and 28 U.S.C. §2461(c)**

The allegation contained in **Count Four** of this Indictment is re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Upon conviction of the offenses set forth in **Count Four** of this Indictment, the defendant, **GIOVANNI RORIGUEZ-RIVERA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.§ 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to: One Glock pistol, model 23, with

the receiver serial number obviated, with a slider serial number on AANN847, loaded with one round of ammunition in the chamber and 13 rounds of ammunition in the magazine, one unloaded pistol magazine with extended capacity and 74 rounds of 9mm caliber ammunition, and four additional rounds of .40 caliber ammunition.

## **NARCOTICS FORFEITURE ALLEGATION**
### 21 U.S.C. § 853(a)(1) and (2)

The allegations contained in **Count One, Count Two, and Count Three** of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the offense in violation of 21 U.S.C. §841, set forth in **Count One, Count Two, and Count Three** of this Indictment, the defendant, shall forfeit to the United States, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following: $94.00 in U.S. Currency.

If any of the property described above, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

TRUE BILL

_____
FOREPERSON
Date: March 6, 2025

W. STEPHEN MULDROW
United States Attorney

Alberto R. López Rocafort
Assistant U.S. Attorney
Chief, Gang Section

Teresa S. Zapata Valladares
Assistant U.S. Attorney
Deputy Chief, Gang Section

Daphne Cordero Guilloty
Special Assistant U.S. Attorney